# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 7, 2011

Robert P. Young, Jr.,
Chief Justice

140958

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

AMERICAN HOME MORTGAGE SERVICING,
      Plaintiff/Counter-
      Defendant-Appellant,

v

    SC: 140958
    COA: 289585
    Oakland CC: 2008-088841-CH

STEPHEN PANKO,
      Defendant/Counter-Defendant,

and

LUMBERMANS FINANCIAL, LLC,
      Defendant/Counter-Plaintiff/
      Cross-Plaintiff-Appellee,

and

RALPH HOLLEY and MELONEE MONSON-
HOLLEY, a/k/a MELONEE MONSON, a/k/a
MELONEE HOLLEY,
      Defendants/Counter-Plaintiffs/
      Cross-Defendants-Appellees.
_____/

      By order of September 15, 2010, the application for leave to appeal the March 9, 2010 judgment of the Court of Appeals was held in abeyance pending the decision in *Tus v Hurt* (Docket No. 139769). On order of the Court, the appeal having been dismissed in *Tus* on December 1, 2010, ___ Mich ___ (2010), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 7, 2011

Clerk

d0131